NEW JERSEY POWER and LIGHT COMPANY, Appellant, *v.* NEW YORK TRUST COMPANY, Individually and as Trustee, et al., Respondents.

Argued April 21, 1938; decided May 24, 1938.

*John J. Kuhn, Archibald R. Graustein, Laszlo Kormendi, George J. Banigan* and *Edward J. Chapman* for appellant.

*Lawrence Bennett, Edmund W. Wakelee, Wendell J. Wright* and *John E. Lockwood* for Public Service Corporation of New Jersey, respondent.

*Melber Chambers* for New York Trust Company, respondent.

*Burt D. Whedon* and *Thomas E. Wing* for Debenture Holders' Protective Committee, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.